**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DONALD SAVCHUK,

      Plaintiff,

v.                                                                    Case No.  8:10-cv-1962-T-30EAJ

ASTELLAS US LLC, ASTELLAS PHARMA
US, INC., ASTELLAS PHARMA
MANUFACTURING, INC.,

      Defendants.

_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #17).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, and without costs or fees against any party or rights of appeal.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 3, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1962.dismiss 17.wpd